UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICIA ANN WILLIAMS,

       Plaintiff,                          Civil Action No. 14-14101

v.                                          District Judge Nancy G. Edmunds
                                            Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER

Plaintiff Alicia Ann Williams' Request for Extension of August 6th Deadline [Doc. #21] is **GRANTED**. Plaintiff's Reply is due by August 31, 2015.

**IT IS SO ORDERED**.

                                            s/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Date: August 11, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 11, 2015, by electronic means and/or ordinary mail.

                                            s/H. Monda in the absence of C. Ciesla
                                            Case Manager